<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

| | |
|---|---|
| Your Towne Builders, Inc., Cooper Custom Homes, Inc., Hess Home Builders, Inc., C&F, Inc., Horst & Son, Inc., Costello Builders, Inc., and Keystone Custom Homes, Inc., on behalf of themselves and all others similarly situated | : : : : : : : : : **CASES CONSOLIDATED** |
| v. | : : Nos. 331, 497 and 563 C.D. 2022 |
| Manheim Township, Manheim Township General Municipal Authority, C. Matthew Brown, P.E., and ARRO Consulting, Inc. | : : : : : |
| Appeal of: Manheim Township and Manheim Township General Municipal Authority | : : : : |
| Your Towne Builders, Inc., Cooper Custom Homes, Inc., Hess Home Builders, Inc., C&F, Inc., Horst & Son, Inc., Costello Builders, Inc., and Keystone Custom Homes, Inc., on behalf of themselves and all others similarly situated | : : : : : : : : : |
| v. | : : No. 911 C.D. 2022 |
| Manheim Township, Manheim Township General Municipal Authority, C. Matthew Brown, P.E., and ARRO Consulting, Inc. | : : : : : |
| Appeal of: Your Towne Builders, Inc., Cooper Custom Homes, Inc., | : : |

Hess Home Builders, Inc.,          :
C&F, Inc., Horst & Son, Inc.,       :
Costello Builders, Inc., and        :
Keystone Custom Homes, Inc.      :

**PER CURIAM**                   **O R D E R**

NOW, November 27, 2023, having considered Designated Appellee Manheim Township's application for reargument and Designated Appellants' answer in response thereto, the application is DENIED.